Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

Civil Division

United States Courts
Southern District of Texas
FILED

December 04, 2025

Nathan Ochsner, Clerk of Court

Andrew Steven Hedges
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

1. Brent Zatzkin
2. Lt. B. Christopher
3. Unknown Prosecutor
4. Aaron I. Bryant
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Andrew Steven Hedges
Address: 37475 FM 1774 #15
Magnolia, TX 77355
City / State / Zip Code
County: Montgomery
Telephone Number: 346-436-2739
E-Mail Address: Hedgesa829@Gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Brent Zatzkin
Job or Title (if known): Sergeant Montgomery Co. Const. Prec. 5
Address: 19100 Unity Park Dr.
Magnolia, TX 77355
City / State / Zip Code
County: Montgomery
Telephone Number:
E-Mail Address (if known):

[☑] Individual capacity  [☑] Official capacity

**Defendant No. 2**
Name: B. Christopher
Job or Title (if known): Lt. Montgomery Co. Const. Precinct 5
Address: 19100 Unity Park Dr.
Magnolia, TX 77355
City / State / Zip Code
County: Montgomery
Telephone Number:
E-Mail Address (if known):

[☑] Individual capacity  [☑] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name: Unknown Prosecutor
    Job or Title (if known): Assistant District Attorney
    Address: 207 W. Phillips St.
    City: Conroe   State: TX   Zip Code: 77305
    County: Montgomery
    Telephone Number:
    E-Mail Address (if known):
    ☒ Individual capacity   ☒ Official capacity

Defendant No. 4
    Name: Aaron I. Bryant
    Job or Title (if known): Attorney / public defender
    Address: 700 Louisianna St. Suite # 3950
    City: Houston   State: TX   Zip Code: 77002
    County: Harris
    Telephone Number: (832) 878-2242
    E-Mail Address (if known): aaroni.bryant@chosenonelaw.com
    ☒ Individual capacity   ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)
☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1. First Amendment
2. Fourth Amendment
3. Sixth Amendment
4. Eighth Amendment
5. Fourteenth Amendment

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Attachment II, D*

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

*Magnolia TX ; Montgomery County TX*

B. What date and approximate time did the events giving rise to your claim(s) occur?

*January 13, 2025*

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*See Attachment III, C*

Attachment II, D                                                                 Pg. 1 of 1

1. <u>Brent Zatzkin</u>: On January 13, 2025, Brent Zatzkin, while in his capacity of Sergant at montgomery county constable, precinct 5 arrested me for the offense of interference with public duties. (38.15 Tx Penal Code) And he did so without probable cause, and in retaliation of protected speech.

2. <u>B. Christopher</u>: On January 13, 2025, B. Christopher while in his capacity of Lieutenant at montgomery county constable precinct 5, and as Brent Zatzkin's supervisor, failed to intervene, and participated in said arrest.

3. <u>Unknown Prosecutor</u>: On January 13, 2025, an unknown prosecutor with the montgomery county district attorney's office conspired with Zatzkin and/or Christopher and agreed to file charges. This same office continued to delay and abuse the judicial process to "punish" me, dragging this out for eleven months, while I remained incarcerated, in spite of my immediate demand for a speedy trial. They had the evidence and knew, or should have known this charge was unfounded.

4. <u>Aaron Bryant</u>: On August 15, 2025, Aaron Isadore Bryant, while acting as my public defender, conspired with the Montgomery County district attorney's office and asked the court to waive my speedy trial claims. This was done without my consent, and without my prior knowledge. And he denied it to me afterwards, then withdrew from the case. Cause No. 25-390918.

Attachment III,C                                     Pg. 1 of 3

On January 13, 2025, my wife (Amanda Toia) and I saw a traffic stop a couple hundred feet from our driveway. It was mid-afternoon, and the traffic stop was in the parking lot of an open for business gas station. There are also a couple of food carts that share the parking lot. I had been recording every traffic stop I saw, prompted by an illegal stop on my wife, I started a YouTube channel, "Duckda Police". I also protested the over-policing and misconduct in my neighborhood.

We got out and I began to record, I walked to a spot at least 10 feet to the front of the car. Two officers were bent down searching the passenger compartment, one in the drivers door, and Brent Zatzkin in the front passenger door. I positioned myself in open view, 1) so I could see what they were doing through the windshield, and 2) so they could easily see me and know what I was doing, and that I didn't pose a threat. As soon as Zatzkin noticed me, he stood up and told me to move away. ~~So while I was moving I asked why~~ So I asked what she was arrested for and he said it doesn't concern me. I told him I live here and it definately does concern me, it concerns everyone that they search everybody they pull over in this area, as well as everyone they see outside after dark. He directed me to a location about 25 (or more) feet away and at an angle to where I could not see. So I continued to express my disapproval with thier actions from where he told me to stand. It was only after they stopped searching the car and returned to their patrol vehicle that I stepped off the grass where Zatzkin told me to stand.

<u>III C</u>                                              Pg. 2 of 3

I did so to get a view into the patrol car's windshield so I could see, or my camera could see, what they were doing. Like I said, the girl was handcuffed in the back of the police car. Even after stepping off the grass I was over 20 feet from the patrol car and over ten feet from the suspect's car. I had both of my hands on my camera and holding it above my face in plain view. Zatzkin then got out and told me to get back, that I was interfering. I questioned his authority to make me stand in a specific place, and went back to the suggested location. Then I gave him the middle finger. About 30 min. after I arrived, and after Zatzkin and his trainee made a few jokes and a few phone calls, Lt B Christopher pulled up in plain clothes with no Body Camera and told me I was under arrest. I asked him, "for talking?" And he said no, for interfering.

   I should note that I have filed many complaints on Sgt Zatzkin prior to this for unlawfully detaining me for jaywalking when I was recording, detaining me and my wife for a pat down and K9 search because we refused to answer questions about narcotics, and for threatening arrest and telling his subordinates to arrest us if we came within 200 feet of their cars. He claimed that that is what the District Attorney's office ok'd arrests for. I have video evidence of all of this.

   Anyway, Zatzkin proceeded to file a misleading and false offense report in order to establish probable cause.

## III, C                                                         Pg. 3 of 3

Almost immediately, I filed a motion for a speedy trial. I didn't go to court for 3 months, and that was only because I petitioned the court for writ of habeas corpus. There, I was convinced to get a public defender, and... nothing for another 3 months. In July I filed a motion to dismiss and applied again for writ of habeas corpus. I was called into court early august and the Judge ordered us to come back on Aug. 15 to either dispose of it or set it for trial.

It's also worth mentioning that one of my videos got alot of publicity across the country, and the district Attorney's office was depicted giving illegal advice and agreeing with precinct 5 to file false charges on my wife if they wanted him to. So they got alot of negative feedback from that.

Anyway, my Attorney at that time, Aaron Bryant, left me at the jail and conspired with the DA's office to waive my speedy trial claims without my consent or knowledge. I only found out about it when my wife checked the County Clerk's website in September. I finally got back in front of the Judge on October 23, 2025 and she set it for trial in Dec., But on Nov. 5, 2025 the State dismissed the charge with the option to refile later.

I am also asking the court to exercise supplemental Jurisdiction over state law claims of malicious prosecution and abuse of Judicial process.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

IV.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

~~Constitutional Injuries~~
~~Intentional infliction of e~~
~~Lost wages~~
~~Imposed expenses~~
~~Cruel and unusual punishment~~
No physical injuries.

V.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Actual
$40,080.00 Lost Wages
$4,194.90 Commisary
$2,219.10 Phone and messaging
$1,520.00 Gas for visitation
$48,014.00 - TOTAL

Punitive
$100,000 Brent Zatzkin
$100,000 B. Christopher
$100,000 Unknown Prosecutor
$100,000 Aaron Bryant
$400,000 - TOTAL

$448,014.00 - TOTAL

Also seeking injunctive relief from Precinct 5's illegal Body Worn Camera policy, and training on the bill of rights.

Page 5 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/01/2025

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Andrew Steven Hedges

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
                                City        State        Zip Code
Telephone Number
E-mail Address